UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERMIN LOPEZ, CESAR MELO AND ARMANDO AJTUN, *individually and on behalf of others similarly situated,*

                        *Plaintiffs*,

      -against-

NIGHTS OF CABIRIA LLC (D/B/A TWO BOOTS PIZZA), TWO BOOTS MANAGEMENT COMPANY LLC (D/B/A TWO BOOTS PIZZA), PHIL HARTMAN, DORIS KORNISH AND ROBERT PERL,

                        *Defendants.*
-----------------------------------------------------------------X

**Index No. 14-cv-1274 (LAK)**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Joshua S. Androphy, and all exhibits attached thereto, and upon the annexed memorandum of law, the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Lewis A. Kaplan, on such date set by the Court, for an Order enforcing the settlement agreement in this action and entering judgment for Plaintiffs, together with such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
             March 29, 2017

                                               MICHAEL FAILLACE & ASSOCIATES, P.C.

        /s/ Joshua S. Androphy
        Joshua S. Androphy
        60 East 42nd Street, Suite 2540
        New York, New York 10022
        Tel:   (212) 317-1200
        Fax:  (212) 317-1621
        *Attorneys for Plaintiffs*

To:    Carolyn Richmond, Esq.
       Alexander Leonard, Esq.
       Fox Rothschild LLP
       100 Park Avenue, 15th Floor
       New York, NY 10017
       *Attorneys for Defendants*